# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD LADDER LITIGATION CO., LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL FOREST ) <br> PRODUCTS, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | CIV-F-08-0825 AWI DLB <br><br> **ORDER RESETTING HEARING DATE** |

Plaintiff has made a motion for default judgment. The hearing was originally set before Magistrate Judge Dennis Beck at 9:00 AM on May 8, 2009. The matter was taken off calendar by minute order. The hearing on the motion for default judgment is reset for July 6, 2009 at 1:30 PM before Judge Anthony Ishii in Courtroom Two.

IT IS SO ORDERED.

Dated:   **May 15, 2009**            /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE

1