**FILED**

JUDGMENT ENTERED

(date) 7-7-09

by _Hellings_
Deputy Clerk

U.S. District Court
Eastern District of California

__X__ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

Old Ladder Litigation,
        Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

CV-F-08-825-AWI/DLB

International Forest Products, Inc.,
        Defendant.
_____/

       DECISION BY COURT: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

       IT IS HEREBY ORDERED AND ADJUDGED that Default Judgment is entered in favor of Plaintiff and against defendant in the amount of $9,487.68

DATED: 7/07/2009

JACK L. WAGNER, Clerk

By: _[signature]_
Deputy Clerk

jgm.civ
2/1/95